# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB -5 PM 3:20

UNITED STATES OF AMERICA,
Plaintiff

vs.

Manuel Esteban Rodriguez-Romero
Defendant(s)

CRIMINAL NO. 08MJ8045

ORDER

RELEASING MATERIAL WITNESS

Booking No. 05879-298

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Amaida Canil-Xiloj
05879-298
@ CSJ.

DATED: 2/5/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by Teresa Alvarez Romero
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95