UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB -5 PM 3:20

UNITED STATES OF AMERICA,
Plaintiff

vs.

Manuel Esteban Rodriguez-Romero

Defendant(s)

CRIMINAL NO. 08mJ8045

ORDER

RELEASING MATERIAL WITNESS

Booking No. 881 536

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Marvin Cuxil-Xiloj
03880-298
@ ICJ.

DATED: 2/5/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Teresa Alvarez Romero
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082