UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB -5 PM 3:20

BB

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08MJ8045 |
| vs. | ORDER |
| Manuel Esteban Rodriguez-Romero, Defendant(s) | RELEASING MATERIAL WITNESS |
| | Booking No. 881 537 |

On order of the United States District/Magistrate Judge, PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ruben Canil-Xiloj
05881-298
@ 1:15

DATED: 2/5/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Teresa Alvarez Romero

Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95