FILED
FEB 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL ESTEBAN RODRIGUEZ-ROMERO,<br>ALEX GEOVANI URIAS-LUNA,<br>Defendants. | Criminal Case No. 08CR221-W<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about January 17, 2008, within the Southern District of California, defendants MANUEL ESTEBAN RODRIGUEZ-ROMERO and ALEX GEOVANI URIAS-LUNA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marvin Canil-Xiloj, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 5, 2008.

KAREN P. HEWITT
United States Attorney

For
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
2/5/08