AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALEX GEOVANI URIAS-LUNA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR221-W

I, ALEX GEOVANI URIAS-LUNA, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 2-5-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Alex Geovani Urias Luna
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer

FILED
FEB 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY