John R. Fielding, Jr.
State Bar No. 108303
402 W. Broadway, Suite 1700
San Diego, CA 92101
(619) 233-0467

Attorney for Defendant,
ALEX GEOVANI URIAS-LUNA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Thomas J. Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEX GEOVANI URIAS-LUNA,<br>Defendant. | CASE NO. 08CR00221-002-TW<br>**CERTIFICATE OF SERVICE**<br>Date: May 27, 2008<br>Time: 9:00 a.m. |

I, the undersigned, declare: That I am over eighteen years of age, a resident of the County of San Diego, State of California, and I am not a party in the within action; that my business address is: 402 W. Broadway, Suite 1700, San Diego, CA 92101.

That I caused to be served within the **Sentencing Memorandum** on the United States Attorney's Office, by electronically filing the document with the Clerk of the United States District Court for the Southern District of California, 880 Front Street, San Diego, California 92101, using its ECF System, which electronically notifies them.

I certify that the foregoing is true and correct. Executed May 21, 2008, at San Diego, California.

Dated: May 21, 2008

s/ John R. Fielding, Jr.
Attorney for Defendant
E-mail: jfieldingattyatlaw@yahoo.com